UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Lake Country Power, in its capacity as named fiduciary of the Lake Country Power Defined Benefit Pension Floor Plan; the Lake Country Power Defined Benefit Pension Floor Plan (the "LCP Plan"), in its own name; Becky Seeley, in her capacity as the Human Resources Coordinator of Lake Country Power and named fiduciary of the Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems; and Richard Wallin, Darla Nubson, and Sherman Liimatainen, in their capacities as members of the Administrative Committee of the LCP Plan,

Plaintiffs,

vs.

ORDER OF RECUSAL

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems (the "R&S Program), in its own names; Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart and Elmer G. Sams, in their capacities as Members of the NRECA Insurance and Financial Services Committee and named fiduciaries of the R&S Program; David Metz, in his capacity as the Director of the Retirement, Safety and Insurance Department of the NRECA and named fiduciary of the R&S Program; and John Wade, in his capacity as Chief Actuary of the R&S Program,

Defendants.

Civ. No. 01-1953(PAM/RLE)

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of October, 2001.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Franklin L. Noel for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

(X) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651)-848-1100
() FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612)- 664-5000
() FIFTH AND SIXTH DIVISION: 417 Federal Bldg, 515 W. 1st St., Duluth, MN 55802 Phone (218)-529-3500

| | |
|---|---|
| **DATE:** October 29, 2001 | **CIVIL FILE NUMBER:** CV 01-1953 (PAM/AJB) |
| **CASE TITLE:** Lake County Power v. Retirement and Security | |
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division) Duluth-5th Division ( ) Fergus Falls-6th Division on assigned to Judge and Magistrate Judge. Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on, assigned to Judge and referred to Magistrate Judge . The file will be maintained at the Clerk's Office in () St. Paul,() Minneapolis or () Duluth. Please note this information for future reference. cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS:** <u>Discovery documents</u> are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order filed ___. A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. <u>Copies</u> of state court documents were submitted when the action was removed to this court. |
| X | OTHER: This case has been reassigned to Magistrate Judge Arthur J. Boylan in St. Paul, MN. |

Division Manager <u>Susan E. Anderson</u>