THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Lake Country Power, in its capacity as named fiduciary of the Lake Country Power Defined Benefit Pension Floor Plan; the Lake Country Power Defined Benefit Pension Floor Plan (the "LCP Plan"), in its own name; Becky Seeley, in her capacity as the Human Resources Coordinator of Lake Country Power and named fiduciary of the Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems; and Richard Wallin, Darla Nubson, and Sherman Liimatainen, in their capacities as members of the Administrative Committee of the LCP Plan,

Plaintiffs,

vs.

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems (the "R&S Program"), in its own name; Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart, and Elmer G. Sams, in their capacities as Members of the NRECA Insurance and Financial Services Committee and named fiduciaries of the R&S Program; David Metz, in his capacity as the Director of the Retirement, Safety and Insurance Department of the NRECA and named fiduciary of the R&S Program; and John Wade, in his capacity as Chief Actuary of the R&S Program,

Defendants.

Court File No. 01-1953 PAM/RLE

**STIPULATION AND ORDER TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE PLEAD**

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, that Defendants' deadlines to move, answer or otherwise plead in response to the Complaint are extended to and including December 17, 2001.

The parties agree that in entering into this Stipulation, all parties reserve all rights, including but not limited to defenses and objections as to venue, personal and/or subject matter

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

jurisdiction and service, and entering into this Stipulation is subject to, and without waiver of, such defenses and objections.

BRIGGS AND MORGAN, P.A.

Dated: 11-14, 2001

By [signature]
Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612 334-8400

**Attorneys for Plaintiffs**

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: 11-14, 2001

By [signature]
Michael R. Docherty (16690X)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612 340-7951
Facsimile: 612-340-7900

Wilber H. Boies
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Telephone 312-372-2000
Facsimile: 312-984-7700

**Attorneys for Defendants**

**ORDER**

**IT IS HEREBY ORDERED** that the deadlines for Defendants to move, answer or otherwise plead in response to the Complaint are extended to and including December 17, 2001.

Dated: November 16, 2001

[signature]
United States District Court