138961

RECEIVED
BY MAIL

JAN 11 2002

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CLERK US DIST COURT
ST. PAUL, MN

Lake Country Power, in its capacity as named fiduciary of the Lake Country Power Defined Benefit Pension Floor Plan; the Lake Country Power Defined Benefit Pension Floor Plan (the "LCP Plan"), in its own name; Becky Seeley, in her capacity as the Human Resources Coordinator of Lake Country Power and named fiduciary of the Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems; and Richard Wallin, Darla Nubson, and Sherman Liimatainen, in their capacities as members of the Administrative Committee of the LCP Plan,

Plaintiffs,

vs.

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems (the "R&S Program"), in its own name; Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart, and Elmer G. Sams, in their capacities as Members of the NRECA Insurance and Financial Services Committee and named fiduciaries of the R&S Program; David Metz, in his capacity as the Director of the Retirement, Safety and Insurance Department of the NRECA and named fiduciary of the R&S Program; and John Wade, in his capacity as Chicf Actuary of the R&S Program,

Defendants.

Court File No. 01-1953 PAM/~~RLE~~ AJB

**MOTION FOR ADMISSION PRO HAC VICE**

---

## Affidavit Of Movant

I, Michael R. Docherty, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Patrick J. Urda**, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this Court, who will be counsel for the defendants in the case listed above. I am aware that the

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

local rules of this Court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: Jan. 7, 2002

By Michael R. Docherty
Michael R. Docherty (16690X)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612-340-7951
Facsimile: 612-340-7900

**Affidavit of Proposed Admittee**

I, Patrick J. Urda, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice the movant bringing this motion must participate in the preparation and presentation of the matter listed above, and must accept service of all papers served.

MCDERMOTT, WILL & EMERY

Dated: Jan. 3, 2002

By Patrick J. Urda
Patrick J. Urda
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312-984-5742
Facsimile: 312-984-7700

**Motion Granted:** Richard D. Sletten
**For the Court:** Richard D. Sletten, Clerk

JAN 14 2002
Date