THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Lake Country Power, in its capacity as named fiduciary of the Lake Country Power Defined Benefit Pension Floor Plan; the Lake Country Power Defined Benefit Pension Floor Plan (the "LCP Plan"), in its own name; Becky Seeley, in her capacity as the Human Resources Coordinator of Lake Country Power and named fiduciary of the Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems; and Richard Wallin, Darla Nubson, and Sherman Liimatainen, in their capacities as members of the Administrative Committee of the LCP Plan,

Plaintiffs,

vs.

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems (the "R&S Program"), in its own name; Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart, and Elmer G. Sams, in their capacities as Members of the NRECA Insurance and Financial Services Committee and named fiduciaries of the R&S Program; David Metz, in his capacity as the Director of the Retirement, Safety and Insurance Department of the NRECA and named fiduciary of the R&S Program; and John Wade, in his capacity as Chief Actuary of the R&S Program,

Defendants.

Court File No. 01-1953 ~~PAM/AJB~~ JEL/JGL

**STIPULATION AND ORDER TO EXTEND DEADLINES**

**IT IS HEREBY STIPULATED**, by and among the parties, through their respective counsel, as follows:

FILED DEC 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, although the parties have been diligent in conducting discovery and preparing this case for trial, the parties agree that due to the complexity of the factual and legal issues presented in this case, additional time will be necessary to complete discovery;

WHEREAS, the parties agree that the remaining discovery can be completed by May 1, 2003;

WHEREAS, the parties agree that expert discovery should be concluded on the same date as non-expert discovery; and

WHEREAS, the parties believe that dispositive motions should not be filed until after the close of discovery;

NOW, THEREFORE, subject to approval by the Court, the parties agree that the Court's February 13, 2002 Pretrial Scheduling Order shall be amended as follows:

Discovery Plan

1. The period during which the parties may conduct non-expert discovery will terminate on May 1, 2003.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made simultaneously by Plaintiffs and Defendants on or before June 2, 2003. Rebuttal expert reports may be served on or before July 1, 2003.

3. Expert depositions shall be concluded on or before August 1, 2003.

Non-Dispositive Motions

All non-dispositive motions described in Paragraph 2 of the Non-Dispositive Motions section of the February 13, 2002 Pretrial Scheduling Order, including those motions which relate to discovery, but not including motions in limine and Daubert motions, and supporting documents, shall be served and filed by August 1, 2003.

Dispositive Motions

3. All dispositive motions shall be served and filed by August 29, 2003.

Trial

This case shall be ready for a Court trial on September 29, 2003, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is one week.

All other provisions of the February 13, 2002 Pretrial Scheduling Order shall remain in effect.

Respectfully submitted,

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: Dec. 12, 2002

By Michael R. Docherty
Michael R. Docherty (16690X)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612 340-7951
Facsimile: 612-340-7900

Wilber H. Boies
Jeffrey J. Bushofsky
Patrick J. Urda
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

**Attorneys for Defendants**

BRIGGS AND MORGAN, P.A.

Dated: 12-13, 2002

By ______________________
Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-334-8400

**Attorneys for Plaintiffs**

IT IS SO ORDERED.

______________________
Jonathan Lebedoff
United States Magistrate Judge