**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

RECEIVED
02 DEC 17 PM
CLERK ... MINNESOTA ...

Lake Country Power et al.,

Plaintiffs,

Court File No.: 01-1953 JEL/JGL

vs.

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems (the "R&S Program") et al.,

Defendants.

**STIPULATION AND AGREED PROTECTIVE ORDER**

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree as follows, pursuant to Rule 16, 26, and 29 of the Federal Rules of Civil Procedure:

1. All documents produced by any party to this action or any third person pursuant to a subpoena or other request shall be used only for purposes of this litigation and not for any other purpose, and specifically not for any business or commercial purpose.

2. To the extent any documents or information produced or received in this litigation contain private data concerning individuals, including name, social security number, address, telephone number and like information, the parties and their legal counsel shall not disclose such private data outside of this litigation

3. All documents containing any such private data shall be kept in the offices of the attorneys (including in-house counsel) representing parties to this litigation and said attorneys shall exercise reasonable discretion to avoid unnecessary use of such documents in these proceedings. To the extent that such private data is not necessary to resolution of an issue, such

FILED DEC 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

data shall be redacted on documents filed with the Court, provided that unredacted copies shall be available for inspection.

Dated: 12-17-02

**BRIGGS AND MORGAN, P.A.**

By: [signature]

Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFFS**

Dated: 12/12/02

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By: [signature]

Michael R. Docherty
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7940

Dated: 12/13/02

**MCDERMOTT, WILL & EMERY**

By: [signature]

William H. Boies
Jeffrey J. Bushofsky
Patrick J. Urda
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000

**ORDER**

**IT IS SO ORDERED**, based upon the foregoing stipulation.

Dated: Dec 18, 2002

Jonathan G. Lebedoff
United States Magistrate Judge