**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lake County Power, et al, 01cv1953 (JEL/JSM)

v.

Retirement and Security Program, et al,

---

Lake County Power, et al, 02cv4229 (DWF/SRN)

v.

Aon Consulting, Inc., et al,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 01cv1953 having been assigned to Judge Joan E. Lancaster and Case No. 02cv4229 having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 02cv 4229 be assigned to Judge Joan E. Lancaster, *nunc pro tunc,* by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated February 7, 2003.

DATED: February 7, 2003.

JOAN E. LANCASTER, Judge
United States District Court

DATED: February 28th, 2003.

DONOVAN W. FRANK, Judge
United States District Court

FEB 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Lake County Power, et al

vs 02-4229JEL/JSM

Aon Consulting, Inc., et al

Pursuant to an Order of Direction for Reassignment of a Related Case signed by Judges Donovan W. Frank and Joan E. Lancaster, the above case has been reassigned to Judge Joan E. Lancaster and referred to Magistrate Judge Janie S. Mayeron as a related case to 01-cv1953JEL/JSM. Please note the change in judges' initials above and refer to them when submitting materials to the court.