UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAKE COUNTRY POWER, INC.,
LAKE COUNTRY POWER DEFINED
BENEFIT PENSION FLOOR PLAN,
BECKY SEELEY, RICHARD WALLIN,
DARLA NUBSON and
SHERMAN LIIMATAINEN,

Plaintiffs,

v.

RETIREMENT AND SECURITY PROGRAM
FOR EMPLOYEES OF NATIONAL RURAL
ELECTRIC COOPERATIVE ASSOCIATION,
DOUGLAS W. JOHNSON, HARRY H. BONNER,
OVERT CARROLL, JIMMY L. DEAN, MILO C.
GILBERTSON, PERRY E. RUBART, ELMER G.
SAMS, DAVID METZ, JOHN WADE,
AON CONSULTING, INC., ANTHONY WILLIAMS,
and NORMAN OLSEN,

Defendants.

CIVIL NO. 01-1953 (JNE/JSM)

NOTICE OF
PRETRIAL CONFERENCE

If counsel for all parties are not listed above, it is the responsibility of counsel for plaintiff to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

I. **DATE, TIME, PLACE AND PARTICIPANTS**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held in Chambers at 610 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on May 21, 2003 at 9:30 a.m. before United States Magistrate Judge Janie S. Mayeron to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

FILED MAY 08 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Counsel who will be trying the case should make every effort to be present at the conference. If this is not possible, substitute counsel should attend who can knowledgeably discuss the dispute and the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

## II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to the Court's Order dated May 7, 2003, trial counsel for each party shall confer in person or by telephone on or before May 16, 2003 to prepare the report required by Rule 26(f) and Local Rule 16.2.

B. On or before May 16, 2003, counsel shall jointly prepare and file with the Clerk of Court a complete written report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to the undersigned on the same day at 610 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101. The Report shall contain the following information:

1. **Date and Place of the Meeting; Identification of the Parties and Their Attorneys; Agenda of Matters for Pretrial Conference.**

   a. The date and place at which the meeting was held;

   b. Name, address and occupation or business of each party, together with the name, address and telephone number of the attorneys who represented each party at the meeting;

   c. Name of insurance carriers that may be liable for the defense or payment of any damage award; and

   d. An agenda of matters to be discussed at the Pretrial Conference.

2. **Description of the Case**

   a. A concise statement of the jurisdictional basis of the case, giving statutory citation and a brief narrative description;

b. A brief narrative of the facts giving rise to the lawsuit, including a description of legal claims and defenses; and

c. A summary itemization of the dollar amount of each element of the alleged damages.

3. <u>**Pleadings**</u>

a. A statement of whether the Complaint and all responsive pleadings have been filed, and whether any party proposes to amend its pleadings;

b. The date by which all motions that seek to amend the pleadings or add parties will be filed; and

c. Whether a jury trial is available under the law, and whether a jury trial has been timely demanded.

4. <u>**Discovery Plan**</u> (If the parties are unable to agree on a discovery plan, the Report shall separately set forth each party's proposed plan.) Such a plan shall include such matters as focusing the initial discovery on preliminary issues that might be case dispositive or might lead to early settlement discussions, instituting document control mechanisms, stipulating to facts to eliminate unnecessary discovery, and any other matters counsel may agree upon to control litigation costs and delay. In addition, the plan shall provide the following information:

a. Date by which the initial Rule 26(a)(1) disclosures of witnesses, documents, itemized damage computations and insurance will be completed. (**Note:** Unless otherwise agreed by counsel, the initial disclosures under Rule 26(a)(1) shall be exchanged no later than 14 days from the Rule 26(f) meeting);

b. Whether the parties wish to engage in any method of alternative dispute resolution following Rule 26(a)(1) disclosures but before formal discovery is commenced, and if not, when the parties believe that alternative dispute resolution would be appropriate. In addition, state the proposed method of alternative dispute resolution;

c. Whether discovery should be conducted in phases (e.g., to first discover information bearing on dispositive issues or on settlement), or limited to or focused upon, particular issues;

d. The date by which each party shall disclose the identity of expert witnesses and their reports under Rule 26(a)(2)(A) and (B);

e. Whether changes should be made in the limitations on discovery imposed by the Federal Rules of Procedure or the Local Rules, and what other limitations should be imposed, if any;

f. The number of interrogatories each party shall be permitted to serve, including subparts;

g. The number of depositions (excluding depositions of expert witnesses) each party shall be permitted to take; and

h. The number of expert depositions each party shall be permitted to take.

5. **Close of Fact and Expert Discovery and Non-Dispositive Motions**

a. The date by which all fact discovery shall be completed;

b. The date by which all expert discovery shall be completed; and

c. The date by which all non-dispositive motions shall be filed and served.

6. **Dispositive Motions and Trial**

a. Date by which all dispositive motions shall be served, filed and heard by the Court;

b. Date by which case will be ready for trial;

c. The number of expert witnesses each party expects to call at trial; and

d. Estimated trial time (including jury selection and instructions, if applicable).

Dated: May 7, 2003

Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge