UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL NO. 01-1953 (JNE/JSM)

LAKE COUNTRY POWER, INC., LAKE COUNTRY POWER DEFINED BENEFIT PENSION FLOOR PLAN, BECKY SEELEY, RICHARD WALLIN, DARLA NUBSON and SHERMAN LIIMATAINEN,

Plaintiffs,

v.

RETIREMENT AND SECURITY PROGRAM FOR EMPLOYEES OF NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, DOUGLAS W. JOHNSON, HARRY H. BONNER, OVERT CARROLL, JIMMY L. DEAN, MILO C. GILBERTSON, PERRY E. RUBART, ELMER G. SAMS, DAVID METZ, JOHN WADE, AON CONSULTING, INC., ANTHONY WILLIAMS, and NORMAN OLSEN,

Defendants.

THIRD PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

July 1, 2003 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

September 1, 2003 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not

Filed MAY 2 8 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| November 1, 2003 - | By plaintiffs |
| January 1, 2004 - | By defendants |

March 15, 2004- All discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

April 1, 2004 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. Prior to scheduling any non-dispositive motion, the parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through a telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions and Trial

June 1, 2004 - All dispositive motions shall be served, filed and scheduled by this date. Counsel are reminded to schedule this hearing by calling Calendar Clerk Sherri Frette, 651-848-1236. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial as June 1, 2004, if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than August 1, 2004. The parties estimate that trial of this Non-Jury matter will take two weeks.

General

Plaintiffs collectively shall be permitted to take up to 30 depositions in total. All defendants collectively may take up to 30 depositions in total.

Plaintiffs collectively may serve up to 50 Interrogatories (including all subpart) in total on all defendants; defendants collectively may serve up to 50 Interrogatories (including all subparts) in total on all plaintiffs in total.

Each party may depose all disclosed experts.

Each party may call all disclosed experts at trial.

Dated: 5/28/03

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge