UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAKE COUNTRY POWER, et al,

CIVIL NO. 02-4229 (JNE/JSM)

Plaintiffs,

v.

ORDER

AON CONSULTING, INC., ANTHONY WILLIAMS, and NORMAN OLSEN,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 7, 2003. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [Docket No. 5] is denied.

Dated: June 4, 2003

JOAN N. ERICKSEN
United States District Court Judge

JUN 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS