UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAKE COUNTRY POWER, INC., LAKE COUNTRY POWER DEFINED BENEFIT PENSION FLOOR PLAN, BECKY SEELEY, RICHARD WALLIN, DARLA NUBSON and SHERMAN LIIMATAINEN,

Plaintiffs,

v.

RETIREMENT AND SECURITY PROGRAM FOR EMPLOYEES OF NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, DOUGLAS W. JOHNSON, HARRY H. BONNER, OVERT CARROLL, JIMMY L. DEAN, MILO C. GILBERTSON, PERRY E. RUBART, ELMER G. SAMS, DAVID METZ, JOHN WADE, AON CONSULTING, INC., ANTHONY WILLIAMS, and NORMAN OLSEN,

Defendants.

CIVIL NO. 01-1953 (JNE/JSM)

**FOURTH** PRETRIAL
SCHEDULING ORDER

The above matter came on before the undersigned on December 30, 2003 by telephonic conference upon defendants' request to amend the scheduling order. Steve Wilson, Esq. appeared on behalf of plaintiffs; Michael Docherty, Esq., Alan Kildow, Esq., Sonya Braunschweig, Esq. and Jeffrey Bushofsky, Esq. appeared on behalf of defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Third Amended Pretrial Scheduling Order is amended as follows:

Filed JAN 06 2004
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

July 1, 2003 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

September 1, 2003 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

November 1, 2003 - By plaintiffs
**February 1, 2004 - By defendants**

**April 15, 2004 -** All discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

**April 20, 2004 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by this date. Prior to scheduling any non-dispositive motion, the parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through a telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Mediation, Dispositive Motions and Trial

**January 30, 2004 -** **The parties will select a private mediator and attend a mediation on or before this date.**

**June 15, 2004 -** All dispositive motions shall be served and filed by this date, (i.e., all initial dispositive motion papers shall be served and filed by this date). Counsel for the moving party shall call Calendar Clerk Sheri Frette, 651-848-1236, by this date to schedule the hearing. All dispositive motions shall be governed by Local Rule 7.1(b) amended and effective January 1, 2004.

This case shall be ready for trial as of **August 15, 2004.** The parties estimate that trial of this Non-Jury matter will take two weeks.

General

Plaintiffs collectively shall be permitted to take up to 30 depositions in total. All defendants collectively may take up to 30 depositions in total.

Plaintiffs collectively may serve up to 50 Interrogatories (including all subpart) in total on all defendants; defendants collectively may serve up to 50 Interrogatories (including all subparts) in total on all plaintiffs in total.

Each party may depose all disclosed experts.

Each party may call all disclosed experts at trial.

Dated: 1/5/04

Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge