UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAKE COUNTRY POWER, INC., et al.,

Plaintiffs,

v.

RETIREMENT AND SECURITY PROGRAM FOR EMPLOYEES OF NATIONAL RURAL ELECTRC COOPERATIVE ASSOCIATION, et al.,,

Defendants.

CIVIL NO. 01-1953 (JNE/JSM)

ORDER

The Court has been advised that the above matter was settled through a private mediation on January 29, 2004.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the parties shall file a Stipulation of Dismissal with the Honorable Joan N. Ericksen, on or before March 1, 2004. All deadlines contained in this Court's Fourth Amended Pretrial Scheduling Order dated January 5, 2004 are stayed to and including March 1, 2004.

Dated: 2/2/04

JANIE S. MAYERON
United States Magistrate Judge

FILED FEB 03 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK