THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CIVIL NO. 01-1953 (JNE/JSM)

CIVIL NO. 02-4229 (JNE/JSM)

LAKE COUNTRY POWER, LAKE COUNTRY POWER DEFINED BENEFIT PENSION FLOOR PLAN, BECKY SEELEY, CHARLES MISTEK, SHERMAN LIIMATAINEN, GEORGE HARVEY, DANNY SMITH, and DONALD SIMONS,

Plaintiffs,

vs.

RETIREMENT AND SECURITY PROGRAM FOR EMPLOYEES OF NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION AND ITS MEMBER SYSTEMS, DOUGLAS W. JOHNSON, HARRY H. BONNER, OVERT CARROLL, JIMMY L. DEAN, MILO C. GILBERTSON, PERRY E. RUBART, ELMER G. SAMS, DAVID METZ, JOHN WADE, AON CONSULTING, INC., ANTHONY WILLIAMS, AND NORMAN OLSEN,

Defendants.

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, that the above consolidated actions may be and hereby are dismissed on the merits with prejudice, and without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in each of the actions pursuant hereto.

BRIGGS AND MORGAN, P.A.

Dated: March 1, 2004 By [signature]
Steven W. Wilson (179024)
Thomas J. Basting (283691)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/977-8400

**Attorneys for Plaintiffs**

RIDER BENNETT, LLP

Dated: March 1, 2004 By [signature]
Michael R. Docherty (16690X)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612/340-8900
Facsimile: 612/340-7900

**and**

Wilber H. Boies
Jeffrey J. Bushofsky
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096

**Attorneys for Defendants Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems, Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart, Elmer G. Sams, David Metz, John Wade, Anthony Williams, and Norman Olsen**

OPPENHEIMER WOLFF & DONNELLY, LLP

Dated: 1 March, 2004

By [signature]
Alan L. Kildow (143133)
Brian G. Belisle (6269)
Sonya R. Braunschweig (290282)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: 612/607-7000
Facsimile: 612/607-7100

**Attorneys for Defendant Aon Consulting, Inc.**

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaints on their merits with prejudice and without costs, disbursements or attorneys' fees to any party, based on the foregoing stipulation.

**BY THE COURT**

Dated: 3-2, 2004

[signature]
The Honorable Joan N. Ericksen
United States District Court Judge