AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Lake Country Power, Lake Country Power Defined Benefit Pension Floor Plan, Becky Seeley, Charles Mistek, Sherman Liimatainen, George Harvey, Danny Smith, and Donald Simons

V.

Retirement and Security Program for Employees of National Rural Electric Cooperative Association and its Member Systems, Douglas W. Johnson, Harry H. Bonner, Overt Carroll, Jimmy L. Dean, Milo C. Gilbertson, Perry E. Rubart, Elmer G. Sams, David Metz, John Wade, Aon Consulting, Inc., Anthony Williams, and Norman Olsen

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1953 JNE/JSM

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaints on their merits with prejudice and without costs, disbursements or attorneys' fees to any party, based on the foregoing stipulation.

March 2, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk